United States v. Samantha Condes


Case Number: 3:21-CR-3198-AJB-1



Exhibits

Table of Contents

A.    Photos of Ms. Condes at her High School Graduation and with her family

B.    Character Letter by neighbor and friend, Tiffany Law

C.    Character Letter by friend, Patty Agregado

D.    Character Letter by family friend, Donald Robinson

E.    Photos of Ms. Condes and the rescue dogs she adopted, Sooner and Buddy

F.    Ms. Condes' High School Diploma

G.    Ms. Condes' High School Transcript with a 3.65 GPA

H.    Character Letter by former teacher, Matthew Colley






Exhibit A-1






Exhibit A-2








Exhibit A-3






Exhibit A-4

Tiffany Law

1606 Geneva Ave

San Francisco, CA 94134


March 10, 2022


To whom it may concern:


This letter is on behalf of Samantha Condes. I have known Sam for almost three years now, I am her neighbor and friend. Sam's interpersonal abilities are without a match.


Sam carries herself with an empathic demeanor that deserves to be recognized, often paying attention to how one is feeling in the hopes of uplifting and assisting them; doing whatever she can to meet one's needs. To give an instance, whenever a friend or I would go through something distressing, she would offer her comfort and more to empathize with the person.


In addition to her connection with others, Sam has a great compassion and generosity towards others. When you are in need, she will go out of her way to help you. One of our friends wasn't feeling their best self and got stuck in concord, Sam immediately dropped everything to go aid her friend. She will always try to provide even when she isnt best suited for the situation. There are many acts of kindness Sam has demonstrated, giving the homeless what she could, financially supporting the people she cares about, etc.


She has always cared for the people around her and that generosity is yet to be returned. Sam always pushes others to be their best self, she brings out a light in others that can't be compared to. On my lowest days, she makes it all disappear.


In summary I would offer my absolute highest reference on behalf of Samantha Condes and it is my sincerest hope that this is taken into consideration. Despite this current case, Sam is

Exhibit B-1

extremely valued in many communities, it would be a shame considering the magnanimity, receptivity and more Sam has to offer.

Best Regards,

Tiffany Law
(415)-260-1170

Exhibit B-2

Sam and I haven't seen each other physically for 4 years and maybe we don't talk a lot compared to before, but every time we catch up it's like nothing happened. I still consider her as one of my core best friends up to this day because there's so much history between us. She made it easier for me to discover myself and my personality and I don't think she knows this but her impact is still here with us. Now as we grew up, new characters came into our lives and different countries but our protection and care for each other never changed. Out of everyone in the world, I miss Sam the most.

She was the one who brought so much technicolor to my life and that still evolves up to this day. I remember the first time I met Sam she was too shy to even look at me, but then as we grew up together she told me that it was the people around her that shaped up her personality, but I don't think she realizes that we feel the exact same way for her. Sam became the root of the people I surround myself with. She introduced me to the people I now consider as my close loved ones including her. It's only sad now because the person who started our whole friend group is the one who is far away from us now.

People still talk about her, how she is and we always reminisce on how we all met each other because of her. She was my partner in everything, I thought I would not be able to function well when she left but she still did her best to reach out, to remind me that "There are new characters, but you're still my best friend". Sam is the kind of person who would make or edit a whole video of you talking about how much you mean to her. She is the type of person who would stay late with you during dismissal in school until you are finally picked up. She's the type who would go to your classroom and wait for you during break time. She's the type to call you at 4 am just to say that she missed you.

We protect each other so much it came to the point where when she left, I felt like I only had me to protect. There are so many traits I appreciate about her. She would always make up stuff that's only for us to share. She would bring me to places and would say "This is our place now". It is so rare to find someone like Sam, she's never sorry for loving too much. I realized how much we grew up since now all she talks about is working, doing everything that makes her feel alive, and the idea of who and where she wants to be in the future. I remember how I felt every time I was with her, it felt like we had our own peace as we turn down the volume from the outside world and just be. She was always the fun in our lives, the yellow person in our heads. I could talk about her for days and not get sick of it, she's memorable to everyone. She was with me in my childhood and we make sure to leave that behind together as we grow up, not grow apart.

-Patty Agregado

Exhibit C

January 20, 2022

Dear Sir/Madam:

When Roland asked if he could talk to me about a family problem I was shocked when
he told me what happened. I knew something wasn't quite right. Samantha is a very
good student. She had a part time job at Starbucks coffee before. Starbucks moved.
She found another job at the Metropolitan Club. She received a prize from the Petco
after documenting her family adoption of two dogs Buddy and Sooner. When I go to
visit my family, I ask Samantha and the Condes family to take care of my dog Lani.
When I came back to Samantha, she cried because she was going to miss Lani.
This is so unfortunate that a quality hard working family was taken advantage of.
Roland, Lea and their 3 children are helpful to me. Samantha is a sweet hearted young
person. I hope my letter helps in the decision based on her solid history and my
wanting to write this letter on her behalf.

Sincerely,

Donald Robinson

Exhibit D



Ms. Condes and her family with their newly adopted rescue dogs



Sooner and Buddy



Ms. Condes' dog, Sooner, on the 2019 Petco calendar

Exhibit E

# John O'Connell High School

San Francisco  California

### This Certifies That

## Samantha S. Condes

in evidence of satisfactory scholarship and trustworthy character
has completed the Course of Study in accordance with the requirements
for graduation of the San Francisco Unified School District
and is therefore awarded this

# Diploma

Given this second day of June, two thousand twenty-one.

*School Counselor*

*Vincent C. Matthews*
**Superintendent**

*President, Board of Education*

*Principal*

Exhibit F

| Student Name | | | |
|---|---|---|---|
| **Condes, Samantha S.** | | | |

| Perm ID | State ID | Grd | Gen |
|---|---|---|---|
| **20070853** | **8166006268** | **12** | **F** |

| Date Of Birth | Phone |
|---|---|
| **09/15/2002** | **415-694-1151** |

| Home Address |
|---|
| **248 Parque Dr**<br>**San Francisco, CA 94134** |

**San Francisco**
O'Connell (John) HS

**OC**

San Francisco Unified School District

**O'Connell (John) HS**
**2355 Folsom St**
**San Francisco, CA 94110**

| Phone | Fax |
|---|---|
| **415-695-5370** | **415-695-5379** |

| Counselor |
|---|
| **DeHaro, Leslie** |

---

### Column 1

| Course Title | Mark | Cred Att/Cmp |
|---|---|---|
| **O'Connell (John) HS** | | |
| Yr: **2017**  Month: **12**  Grade: **9** | | |
| Advisory | A | 0.00 / 0.00 |
| CCSS Algebra 1 | B | 5.00 / 5.00 |
| Biology | A | 5.00 / 5.00 |
| Comm & Writing | A | 1.25 / 1.25 |
| ELD Expanding RW | A | 5.00 / 5.00 |
| English 1 | A | 5.00 / 5.00 |
| Health | A | 2.50 / 2.50 |
| Math Lab | C | 1.25 / 1.25 |
| PE 1 | B | 5.00 / 5.00 |
| World History | A | 5.00 / 5.00 |
| Cred Att: 35.00    Cred Cmp: 35.00    GPA: 3.64 | | |
| **O'Connell (John) HS** | | |
| Yr: **2018**  Month: **6**  Grade: **9** | | |
| Advisory | A | 0.00 / 0.00 |
| CCSS Algebra 1 | A | 5.00 / 5.00 |
| Biology | A | 5.00 / 5.00 |
| CritThnk/SocChg | A | 2.50 / 2.50 |
| ELD Advanced LS | A | 5.00 / 5.00 |
| English 1 | A | 5.00 / 5.00 |
| Health | A | 2.50 / 2.50 |
| Math Lab | B | 1.25 / 1.25 |
| PE 1 | A | 5.00 / 5.00 |
| World History | A | 5.00 / 5.00 |
| Cred Att: 36.25    Cred Cmp: 36.25    GPA: 3.97 | | |
| **O'Connell (John) HS** | | |
| Yr: **2018**  Month: **12**  Grade: **10** | | |
| Advisory | A | 0.00 / 0.00 |
| Comm & Writing | A | 1.25 / 1.25 |
| CritThnk/SocChg | B | 2.50 / 2.50 |
| English 2 | A | 5.00 / 5.00 |
| Ethnic Studies | A | 5.00 / 5.00 |
| Fit for Life 2 | A | 5.00 / 5.00 |
| CCSS Geometry | A | 5.00 / 5.00 |
| Continued on next column... | | |

### Column 2

| Course Title | Mark | Cred Att/Cmp |
|---|---|---|
| **O'Connell (John) HS** | | |
| Yr: **2018**  Month: **12**  Grade: **10** | | |
| Math Lab | B | 1.25 / 1.25 |
| Principles of NGSS Physics | A | 5.00 / 5.00 |
| Spanish 1 | B | 5.00 / 5.00 |
| Cred Att: 35.00    Cred Cmp: 35.00    GPA: 3.75 | | |
| **O'Connell (John) HS** | | |
| Yr: **2019**  Month: **6**  Grade: **10** | | |
| Advisory | B | 0.00 / 0.00 |
| College/Career | A | 5.00 / 5.00 |
| Comm & Writing | A | 1.25 / 1.25 |
| English 2 | A | 5.00 / 5.00 |
| Ethnic Studies | A | 5.00 / 5.00 |
| Fit for Life 2 | A | 5.00 / 5.00 |
| CCSS Geometry | A | 5.00 / 5.00 |
| Math Lab | A | 1.25 / 1.25 |
| Principles of NGSS Physics | A | 5.00 / 5.00 |
| Spanish 1 | B | 5.00 / 5.00 |
| Cred Att: 37.50    Cred Cmp: 37.50    GPA: 3.87 | | |
| **O'Connell (John) HS** | | |
| Yr: **2019**  Month: **12**  Grade: **11** | | |
| Amer Democ | B | 5.00 / 5.00 |
| CCSS Algebra 2 | A | 5.00 / 5.00 |
| American Lit | A | 5.00 / 5.00 |
| NGSS Chemistry | B | 5.00 / 5.00 |
| College/Career | A | 2.50 / 2.50 |
| EHS 1: Agnts of Chnge | C | 5.00 / 5.00 |
| AP Eng Lit Comp | C | 5.00 / 5.00 |
| Spanish 2 | A | 5.00 / 5.00 |
| Work Based Learning | A | 0.00 / 0.00 |
| XL CCSF | B | 5.00 / 5.00 |
| XL CCSF | B | 5.00 / 5.00 |
| XL CCSF | B | 0.00 / 0.00 |
| Cred Att: 47.50    Cred Cmp: 47.50    GPA: 3.05 | | |

### Column 3

| Course Title | Mark | Cred Att/Cmp |
|---|---|---|
| **O'Connell (John) HS** | | |
| Yr: **2020**  Month: **6**  Grade: **11** | | |
| CCSS Algebra 2 | CR | 5.00 / 5.00 |
| American Lit | CR | 5.00 / 5.00 |
| NGSS Chemistry | CR | 5.00 / 5.00 |
| College/Career | CR | 2.50 / 2.50 |
| Economics | CR | 5.00 / 5.00 |
| EHS 1: Agnts of Chnge | CR | 5.00 / 5.00 |
| AP Eng Lit Comp | CR | 5.00 / 5.00 |
| Spanish 2 | CR | 5.00 / 5.00 |
| Work Based Learning | CR | 0.00 / 0.00 |
| XL CCSF | CR | 5.00 / 5.00 |
| XL CCSF | CR | 0.00 / 0.00 |
| Cred Att: 47.50    Cred Cmp: 47.50    GPA: 0.00 | | |
| **Work In Progress** | | |
| **O'Connell (John) HS** | | |
| Yr: **2020**  Month: **12**  Grade: **12** | | |
| Advisory | | 1.25 / 0.00 |
| AME Cncpt Career | | 5.00 / 0.00 |
| AP Biology | | 5.00 / 0.00 |
| College/Career | | 1.25 / 0.00 |
| Ed Human Serv 2 | | 5.00 / 0.00 |
| Ed Human Serv 2 | | 1.25 / 0.00 |
| Eng/Euro Lit | | 5.00 / 0.00 |
| Prob & Stat | | 5.00 / 0.00 |
| US History | | 5.00 / 0.00 |
| Cred Att: 33.75    Cred Cmp:    GPA: | | |
| **O'Connell (John) HS** | | |
| Yr: **2021**  Month: **6**  Grade: **12** | | |
| Advisory | | 1.25 / 0.00 |
| AME Cncpt Career | | 5.00 / 0.00 |
| AP Biology | | 5.00 / 0.00 |
| College/Career | | 1.25 / 0.00 |
| Ed Human Serv 2 | | 5.00 / 0.00 |
| Continued on next page... | | |

---

| GPA SUMMARY | | NOTES |
|---|---|---|
| **Unweighted** / **Weighted** | | |
| Cumulative - **3.62**   Cumulative - **3.65** | | |

| Enter Date<br>**08/16/2010** | Leave Date | | Graduation Date | Class of 2021 |
|---|---|---|---|---|

---

The transcript is unofficial unless signed by a school
Registrar or Principal and includes a seal.

10/01/2020

Page 1 of 2

**Exhibit G-1**

| Student Name | | | |
|---|---|---|---|
| Condes, Samantha S. | | | |

| Perm ID | State ID | Grd | Gen |
|---|---|---|---|
| 20070853 | 8166006268 | 12 | F |

| Date Of Birth | Phone |
|---|---|
| 09/15/2002 | 415-694-1151 |

Home Address
248 Parque Dr
San Francisco, CA 94134

San Francisco
O'Connell (John) HS

OC
JOHN O'CONNELL
HIGH SCHOOL

San Francisco Unified School District

O'Connell (John) HS
2355 Folsom St
San Francisco, CA 94110

| Phone | Fax |
|---|---|
| 415-695-5370 | 415-695-5379 |

| Counselor |
|---|
| DeHaro, Leslie |

| Course Title | Mark | Cred Att/Cmp |
|---|---|---|
| O'Connell (John) HS | | |
| Yr: 2021 | Month: 6 | Grade: 12 |
| Ed Human Serv 2 | | 1.25 / 0.00 |
| Eng/Euro Lit | | 5.00 / 0.00 |
| Prob & Stat | | 5.00 / 0.00 |
| US History | | 5.00 / 0.00 |
| Cred Att: 33.75 | Cred Cmp: | GPA: |

| Graduation Requirements - Credit Summary | | | | |
|---|---|---|---|---|
| Subject Area | Req'd | Comp | WIP | Needed |
| Modern World | 10.00 | 10.00 | | |
| U. S. History | 10.00 | 0.00 | 10.00 | |
| American Democracy | 5.00 | 5.00 | | |
| Economics | 5.00 | 5.00 | | |
| English | 40.00 | 40.00 | | |
| Math | 30.00 | 30.00 | | |
| Biological Science | 10.00 | 10.00 | | |
| Physical Science | 10.00 | 10.00 | | |
| World Language | 20.00 | 20.00 | | * |
| Visual & Performing Art | 10.00 | 0.00 | 10.00 | |
| PE | 2 20.00 | 20.00 | | |
| Health Education | 5.00 | 5.00 | | |
| College to Career | 5.00 | 5.00 | | |
| Elective Course | 2 50.00 | 78.75 | 47.50 | |
| TOTALS | 230.00 | 238.75 | 67.50 | 0.00 |
| Waivers | | | | |

2 0.00 unit(s) waived for PE and applied to Elective Course.

| GPA SUMMARY | | | | NOTES | | | |
|---|---|---|---|---|---|---|---|
| Unweighted | | Weighted | | | | | |
| Cumulative - | 3.62 | Cumulative - | 3.65 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Enter Date 08/16/2010 | Leave Date | | | Graduation Date | Class of 2021 |

The transcript is unofficial unless signed by a school
Registrar or Principal and includes a seal.

10/01/2020

Exhibit G-2

**JOHN O'CONNELL**
HIGH SCHOOL OF TECHNOLOGY

2355 Folsom Street, San Francisco CA 94110

11 November, 2021

To whom it may concern:

I am writing this letter on behalf of Samantha Condes. I have known Sam for four years and I first met her when she was a student in my Ethnic Studies class at John O'Connell High School in the fall of 2018. I continued to have Sam as a student in her Junior and Senior year when she was in the Public Service Pathway. I have always known Sam to be a conscientious, hard-working, and thoughtful young person. She was a very strong student in our Pathway and worked hard to do her best on all her school assignments and projects.

In class, Sam was a strong participant. She worked well with others and was often a leader in small groups. She also contributed to whole class discussion by sharing her insights and asking critical questions. Her participation frequently elevated the learning and understanding of the whole class.

In her work, Sam always advocated for what she thought was right. For example, she participated in a voter registration drive on campus to encourage and support her peers to pre-register to vote. Additionally, she completed projects advocating for gun control in order to help keep teens safe. Her hard work earned her A's and B's in her classes and a 3.65 GPA overall. She graduated from John O'Connell in the Spring of 2021. She was eligible to apply to four year universities and she was admitted to San Francisco State University. Unfortunately, she was unable to afford the tuition. However, she did not let this barrier stop her from pursuing her education. After she graduated, she enrolled in City College of San Francisco with the intention of completing her general education credits and transferring to a four year university.

Sam is a bright and intelligent young person. She is interested in studying film and becoming a documentary filmmaker. I have always known Sam to be an upright individual who thinks of others and tries to do the right thing. She is a valued member of our community and I believe she will continue to be a positive, engaged, and contributing community member.

Sincerely,

Matthew Colley
Teacher
Public Service Pathway

Exhibit H