Linh T. Nguyen (Cal. Bar No. 299800)
**LAW OFFICE OF LINH T. NGUYEN**
1901 First Avenue, Suite 222
San Diego, California 92101
Linh@LTNlawoffice.com
(619) 512-2126

Attorney for Samantha Condes,

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# HONORABLE ANTHONY J. BATTAGLIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMANTHA CONDES,<br><br>Defendant. | Case No. 3:21-cr-3198-AJB-1<br><br>Date: March 28, 2022<br>Time: 9:00 a.m.<br><br>DEFENDANT'S SENTENCING SUMMARY CHART |

    The defendant, Samantha Condes, by and through her counsel, Linh T. Nguyen, hereby files her Sentencing Summary Chart, which is based upon the files and records of this case.

                                              Respectfully Submitted,

Dated: March 21, 2022                         /s/ *Linh T. Nguyen*
                                                      Linh T. Nguyen

                                            Attorney for Samantha Condes

## SENTENCING SUMMARY CHART

USPO: _____
AUSA: _____
DEF: __X__

| | |
|---|---|
| Defendant's Name: **Samantha Condes** | Docket No. 3:21-cr-3198-AJB |
| Attorney's Name: Linh T. Nguyen | Phone No.: (619) 512-2126 |

Guideline Manual Used: November 1, 2018          Agree with USPO Calc.: In Part

Base Offense Level: U.S.S.G. § 2L1.1(a)(3)          12

Specific Offense Characteristics:

Adjustments:
Adjustment for Role in the Offense [USSG § 3B1.2]:          -2

Adjusted Offense Level:
☐Combined (Mult. Counts)   ☐Career Offender   ☐Armed Career Criminal          10

Adjustment for Acceptance of Responsibility: [**X** Government Motion-USSG § 3E1.1]          -2

Total Offense Level:          8
Criminal History Score:          0

Criminal History Category:          I
   ☐Career Offender   ☐Armed Career Criminal
Guideline Range:
   (Range limited by:   ☐Minimum Mandatory   ☐Statutory Maximum)    *from:* 0 months
                                                                     *to:* 6 months

Departures:
[USSG § 5K3.1] "Fast-Track"          -2
[USSG § 5K2.20] Aberrant Behavior          -2
[USSG § 5H1.1] Age          -2

Adjusted Offense Level:          2
Resulting Guideline Range:          *from:* 0 months
                                    *to:* 6 months

**Recommendation:**
Time Served, to be followed by 1 year of Supervised Release, No Fine, $100 Special Assessment Fee Waived