RANDY GROSSMAN
United States Attorney
Bianca Calderon-Peñaloza
Assistant U.S. Attorney
California Bar No. 324498
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8573
Fax: (619) 546-0510
Email: bianca.calderon-penaloza@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMANTHA CONDES,<br><br>Defendant. | Case No.: 21-CR-3198-1-AJB<br><br>Date:  March 28, 2022<br>Time: 9:00 am<br><br>**THE UNITED STATES'<br>SENTENCING SUMMARY CHART** |

    The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, RANDY GROSSMAN, United States Attorney, and Bianca Calderon-Peñaloza, Assistant U.S. Attorney, hereby files its Sentencing Summary Chart, which is based upon the files and records of this case.

DATED: March 21, 2022

Respectfully submitted,

RANDY GROSSMAN
United States Attorney

*/s/ Bianca Calderon-Peñaloza*
Bianca Calderon-Peñaloza
Assistant U.S. Attorney
United States of America

# SENTENCING SUMMARY CHART
**[ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]**
**Sentencing Date:** March 28, 2022

USPO [ ]
AUSA [X]
DEF [ ]

Defendant's Name: SAMANTHA CONDES              Docket No.: 21-CR-3198-1-AJB

Attorney's Name: Bianca Calderon-Peñaloza       Phone No.: (619) 546-8573

Guideline Manual Used: November 1, 2018         Agree with USPO Calc.: Yes

Base Offense Level: USSG § 2L1.1(a)(3) - Transportation of Certain Alien(s)   12

Specific Offense Characteristics: USSG § _____   0
                                                          0
                                                          0
                                                          0
                                                          0

Victim Related Adjustment: ___
Adjustment for Role in the Offense: ___
Adjustment for Obstruction of Justice ___
Adjustment for Reckless Endangerment: ___

**Adjusted Offense Level:**   12
( [ ] Combineed (Mult. Counts) [ ] Career Off. [ ] Armed Career Crim.)

Adjustment for Acceptance of Responsibility: [ [ ] Gov. Motion under § 3E1.1(b)]   -2

**Total Offense Level:**   10

Criminal History Score:   0
Criminal History Category: ( [ ] Career Offender  [ ] Armed Career Criminal)   I

Guideline Range:                                        from  6  mths
(Range limited by: [ ] minimum mand.  [ ] statutory maximum)   to  12  mths
Departures:
USSG §5K3.1 - Fast Track                                       -2
                                                               ___

Resulting Guideline Range: Adjusted Offense Level : 8    from  0  mths
**RECOMMENDATIONS: 120 days, 3 years' Supervised Release, $100 Special**   to  6  mths
**Assessment $5,000 JVTA Assessment (unless found indigent by the Court).**

After considering the § 3553(a) factors, the United States believes the recommended sentence is sufficient but not greater than necessary.